SEYFARTH SHAW LLP
KENNETH L. WILTON (SBN 126557)
kwilton@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone: (310) 277-7200
Facsimile: (310) 201-5219

Attorney for Defendant
ANKER PLAY PRODUCTION, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANARD TOYS LIMITED,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ANKER PLAY PRODUCTS, LLC,<br><br>　　　　Defendant. | Case No. 2:19-cv-04350-RSWL-AFM<br><br>**DEFENDANT ANKER PLAY PRODUCTS, LLC'S CORPORATE DISCLOSURE STATEMENT [FED. R. CIV. P. 7.1]**<br><br>Complaint Filed:   May 20, 2019 |

TO THE COURT AND ALL PARTIES OF RECORD:

　　Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned, counsel of record for Defendant ANKER PLAY PRODUCTION, LLC certifies that Defendant ANKER PLAY PRODUCTION, LLC is a nongovernmental corporate party in the above-captioned action.

　　1.　Anker Play Products, LLC does not have a parent company.

　　2.　IG-Design Group-Americas entity, owns 51% of Anker Play Products, LLC. IG-Design Group-Americas is the wholly owned subsidiary of IG Design Group PLC, a public company.

3. Other than set forth herein, there is no publicly held corporation, not a party to this case, that has a financial interest in the outcome of this case.

4. There are no other persons or entities that may have an interest in the outcome of this case.

DATED: August 16, 2019                    Respectfully submitted,

                                                   SEYFARTH SHAW LLP


                                                   By:   /s/ *Kenneth L. Wilton*
                                                           Kenneth L. Wilton
                                                           Attorneys for Defendant
                                                           ANKER PLAY PRODUCTS, LLC