NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
SEYFARTH SHAW LLP
KENNETH L. WILTON (SBN 126557)
kwilton@seyfarth.com
DESTINY J. BROWN (SBN 305093)
debrown@seyfarth.com
2029 Century Park East, Suite 3500,
Los Angeles, CA 90067-3021
Telephone: (310) 277-7200 Fax: (310) 201-5219

ATTORNEY(S) FOR: Defendants Anker Play Products, LLC et al

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

LANARD TOYS LIMITED,

Plaintiff(s),

v.

ANKER PLAY PRODUCTS, LLC, IG DESIGN GROUP AMERICAS, INC., LEON SUMMERS,

Defendant(s)

CASE NUMBER:

2:19-cv-04350-RSWL-AFM

**CERTIFICATION AND NOTICE
OF INTERESTED PARTIES**
**(Local Rule 7.1-1)**

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____ALL DEFENDANTS_____
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Anker Play Products, LLC | Defendant |
| Leon Summers | Defendant |
| IG Design Group Americas, Inc | Defendant |
| IG Design Group PLC | Parent of IG Design Group Americas, Inc. |
| Lanard Toys Limited | Plaintiff |
| Fairmount Investments Limited | Owner of Plaintiff |

May 15, 2020
Date

/s/ Kenneth L. Wilton
Signature

Attorney of record for (or name of party appearing in pro per):

Kenneth L. Wilton