Richard P. Sybert, Bar No. 80731
rsybert@grsm.com
GORDON & REES LLP
5901 Priestly Drive, Suite 308
Carlsbad, CA 92008
Tel (760) 476-1990 / Fax (760) 841-2375

Reid E. Dammann, Bar No. 249031
rdammann@grsm.com
GORDON & REES LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071
Tel (213) 576-5000 / Fax 213-680-4470

Attorneys for Plaintiff
LANARD TOYS LIMITED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lanard Toys Limited<br><br>             Plaintiff,<br><br>      vs.<br><br>Anker Play Products, LLC a Florida Corporation; IG Design Group Americas Inc., a Georgia Corporation; Leon Summers, an Individual,<br><br>             Defendants. | CASE NO. 2:19-CV-04350 RSWL-AFM<br><br>**NOTICE OF MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT**<br><br>[Filed concurrently with Memorandum of Points and Authorities, Declaration of Reid E. Dammann, and [Proposed] Order in Support Thereof]<br><br>Hearing Date: August 25, 2020<br>Hearing Time: 10:00 am<br>Courtroom: TBD<br>Complaint filed: May 20, 2019 |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on August 25, 2020, at 10:00 am. or as soon thereafter as counsel may be heard, in the United States Courthouse, 350 West First Street, Los Angeles, CA 90012 - Courtroom TBD, Plaintiff Lanard Toys

Limited ("Plaintiff" or "Lanard") will, and hereby do move this Court for an order granting Lanard leave to file a Third Amended Complaint to rectify a clerical error in the pleading of its trademark cause of action related to its "CHALK BOMB!®" toy product pursuant to Fed. R. Civ. P. 15(a) and 16.

This Motion is based upon this Notice, the Memorandum of Points and Authorities, the Declaration of Reid E. Dammann, the records and files of this action, and such additional argument and evidence as the Court may consider at the hearing of this Motion.

This Motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on July 16, 2020.

Dated:  July 22, 2020

Respectfully Submitted,

GORDON & REES LLP

By:   s/ *Reid E. Dammann*
Richard P. Sybert
Reid E. Dammann
Attorneys for Plaintiff
LANARD TOYS LIMITED

# CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is: Gordon Rees Scully Mansukhani, LLP 633 West Fifth Street, 52nd Floor, Los Angeles, CA 90071. On July 22, 2020, I served the within documents:

**NOTICE OF MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THE MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT; SUPPORTING DECLARATION OF REID DAMMANN; [PROPOSED] ORDER**

☐ **By Personal Delivery:** By personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ **By U.S. Mail:** By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in United States mail in the State of California at Los Angeles, addressed as set forth below.

☑ **By Email:** By transmitting via Email the document(s) listed above to the email address(es) set forth below on this date before 5:00 p.m.

Kenneth L. Wilton, Esq.
Destiny J. Brown, Esq.
SEYFARTH SHAW LLP
2029 Century Park East, Suite 3500
Los Angeles, CA 90067-5219
Email: kwilton@seyfarth.com
         debrown@seyfarth.com
         s-chalkblast@seyfarth.com
Telephone: (310) 277-7200
Facsimile: (310) 201-5219
*Counsel for Defendants*

Roberto S. Terzoli, Esq.
Jamaica P. Szeliga, Esq.
SEYFARTH SHAW LLP
975 F Street N.W.
Washington, D.C. 20004
Telephone (202) 772-9725
Facsimile (202) 641-9226
Email: rterzoli@seyfarth.com
         jszeliga@seyfarth.com
*Counsel for Defendants*

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on July 22, 2020 at Los Angeles, California.

*Erika Facundo*
ERIKA FACUNDO

1189480/50105184v.1