UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| Lanard Toys Limited | CASE NO. 2:19-CV-04350 RSWL-AFM |
|---|---|
| Plaintiff, | Honorable Ronald S.W. Lew |
| vs. | **[PROPOSED] ORDER GRANTING PLAINTIFF LANARD TOYS LIMITED'S MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT** |
| Anker Play Products, LLC a Florida Corporation; Leon Summers, an Individual, | |
| Defendants. | Hearing Date: August 25, 2020<br>Hearing Time: 10:00 am<br>Courtroom: TBD |
| | Complaint filed: May 20, 2019 |

The Motion for Leave to File a Third Amended Complaint ("Motion") filed by Plaintiff Lanard Toys Limited ("Lanard") came on for hearing on August 25, 2020, at 10:00 am. in the above-entitled Court. The Motion having been considered, and good cause appearing therefor:

IT IS HEREBY ORDERED that Lanard's Motion is GRANTED. Lanard's Proposed Third Amended Complaint, filed concurrently with Plaintiff's Motion, shall be deemed filed as of the date of this Order. All remaining Scheduling Order dates (Dkt. 20) are unchanged and shall remain in force.

1 | **IT IS SO ORDERED.**

2 | Dated: _____

3 |                                         Honorable Ronald S.W. Lew
United States District Judge

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 2 -

[PROPOSED] ORDER GRANTING PLAINTIFF LANARD TOYS LIMITED'S MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT

Case No. 19-cv-04350